### MOORLANDS HOLDINGS, LLC., Appellant,

v.

### METROPOLITAN ST. LOUIS SEWER DISTRICT, Respondent.

No. ED101894

Missouri Court of Appeals, Eastern District, DIVISION ONE.

FILED: April 7, 2015

Lawrence P. Kaplan, 101 S. Hanley, Suite 1225, St. Louis, MO 63105, for appellant.

Debbie S. Champion, 500 N. Broadway, Suite 1550, St. Louis, MO 63105, for respondent.

Before Lawrence E. Mooney, P.J., Clifford H. Ahrens, J., and Lisa Van Amburg, J.

## ORDER

### PER CURIAM

Moorlands Holdings, LLC ("Moorlands") appeals from the judgment of the trial court that dismissed its cause of action for breach of contract and that granted summary judgment in favor of the Metropolitan St. Louis Sewer District ("MSD") on Moorlands' claim for inverse condemnation.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).